WARDWELL *v.* JONES, & COUNTY OF ROCKINGHAM, *Tr.*

Under the General Statutes, the fees of a juror due him from the county
are attachable on trustee process.

FOREIGN ATTACHMENT. The court reserved the question, whether
the county is chargeable as trustee for juror's fees due the defendant.

*Rollins*, for the plaintiff.

*Frink*, for the defendant and the trustee.

DOE, C. J. Juror's fees, due the defendant from the county, are
money, rights, or credits of the defendant in the possession of the

county, within the meaning of Gen. St., *c.* 230, *s.* 28, and the county is chargeable therefor. *Whidden* v. *Drake*, 5 N. H. 13; *Woodbridge* v. *Morse*, 5 N. H. 519; *Wendell* v. *Pierce*, 13 N. H. 502; *Palmer* v. *Noyes*, 45 N. H. 174; *Fogg* v. *Worster*, 49 N. H. 503.

*Case discharged.*

BINGHAM, J., did not sit.